In the Matter of the Application of PHILIP REITER, Appellant, for a Mandamus Order against FIRST POTOK ZLOTY PEACE JUSTICE BROTHER BENEVOLENT SOCIETY, Respondent.— Orders reversed, with ten dollars costs and disbursements, and motion for an alternative mandamus order granted. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

THEOLA B. BOUTON, Respondent, v. SAMUEL P. BOUTON, Appellant.— Order reversed and motion denied. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

THE EUREKA SHOE MANUFACTURING CO., INC., and Another, Respondents, v. AMERICAN EAGLE FIRE INSURANCE COMPANY OF NEW YORK, Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted as to all items. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

ELDORA STANFORD, Respondent, v. STANLEY-CRANDALL COMPANY, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. The time within which the examination shall be had and the depositions taken and certified to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

ASBESTOS LIMITED, INC., v. ELWOOD J. WILSON.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

JAMES A. GATES v. EXPORT STEAMSHIP CORPORATION, Impleaded with WILLIAM J. O'TOOLE STEVEDORING CORPORATION.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

ELLEN PETERSON v. THE FORDHAM CORNICE WORKS, INC.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MARY BECK.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HENRIETTA ROSEN.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

KATE ROST and Another v. NATIONAL SURETY COMPANY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of FLORENCE C. H. BELCHER, as Administratrix, etc., of FREDERICK E. BELCHER, Deceased. In the Matter of the Petition of HENRIETTE B. MELSON (FREDERICK E. BELCHER, Deceased). In the Matter of the Judicial Settlement of Account of Proceedings of FLORENCE C. H. HARLAN (Formerly FLORENCE C. H. BELCHER), as Administratrix, etc., of FREDERICK E. BELCHER, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal and appellant's points to be filed on or before December 28, 1928. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.